UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT W. GRIFFITH,              ) | |
|                                  ) | |
|    Plaintiff,     ) | |
|                                  ) | |
|    v.             ) | Cause No. 1:07-cv-1427-WTL-TAB |
|                                  ) | |
| MICHAEL J. ASTRUE,               ) | |
| Commissioner of Social Security, ) | |
|                                  ) | |
|    Defendant.     ) | |

## JUDGMENT

The Court, having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Entry.

    SO ORDERED:   03/12/2009

*[signature: William T. Lawrence]*

   Hon. William T. Lawrence, Judge
   United States District Court
   Southern District of Indiana

Copies to:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov,pearlie.wadlington@usdoj.gov,lin.montigney@usdoj.gov